```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

CARL EDWARD WILLIS                                      PLAINTIFF

     v.                    Civil No. 06-2068

HEAD PROSECUTOR, Sebastian
County, Arkansas; WENDY
SHARUM, Deputy Prosecuting
Attorney; STACEY SLAUGHTER,
Deputy Prosecuting Attorney;
DANIEL SHUE, Deputy Prosecuting
Attorney; CITY OF FORT SMITH,
ARKANSAS; FORT SMITH POLICE
DEPARTMENT; and CHIEF OF POLICE,
FORT SMITH, ARKANSAS                                   DEFENDANTS

## ORDER

Now on this 8th day of March 2007, there comes on for consideration the report and recommendation filed herein on February 13, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Plaintiff filed objections to the report and recommendation. (Doc. 11).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the claims are frivolous, asserted against individuals immune from suit or not cognizable under § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge