IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD WILLIS                                              PLAINTIFF

v.                              Case No. 06-2068

HEAD PROSECUTOR; Sebastian
County Arkansas; WENDY SHARUM,
Deputy Prosecuting Attorney;
STACEY SLAUGHTER, Deputy Prosecuting
Attorney; DANIEL SHUE, Deputy
Prosecuting Attorney; CITY OF FORT
SMITH, ARKANSAS; FORT SMITH POLICE
DEPARTMENT; and CHIEF OF POLICE,
FORT SMITH, ARKANSAS                                            DEFENDANTS

## ORDER

Now on this 19th day of April 2007, there comes on for consideration the report and recommendation filed herein on March 28, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). Plaintiff has filed objections to the report and recommendation. (Doc. 17).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion seeking leave to appeal *in forma pauperis* (Doc. 15) is DENIED. Plaintiff may file a motion to appeal IFP with the Eighth Circuit Court of Appeals.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**